# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**AARON J. JAMES**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 2:25-CV-2097**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on December 4, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The Commissioner filed an unopposed motion requesting that the Plaintiff's case be remanded pursuant to sentence four of Section 405(g) in order to conduct further administrative proceedings. The Magistrate Judge recommends granting the motion. Under the circumstances, it is not necessary for the Court to allow the objection deadline to expire, as it is clear neither party will object to the recommended relief.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Unopposed Motion to Remand (Doc. 10) is **GRANTED**, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 4th day of December, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE